UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRECARA B. GAREL,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3506 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 2 2005 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 12, 2005, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated March 14, 2005, because no party objected to the Report and Recommendation, and because the Court agrees with Judge Arrack's recommendation; and granting defendant Elizabeth Arzola's motion to dismiss both plaintiff's Section 1983 claims against her in her official capacity as an Investigator for the New York State Office of Court Administration as well as plaintiff's Title VII claims against her; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that defendant Elizabeth Arzola's motion to dismiss both plaintiff's Section 1983 claims against her in her official capacity as an Investigator for the New York State Office of Court Administration as well as plaintiff's Title VII claims against her is granted.

Dated: Brooklyn, New York
       April 20, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court